THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER DIME, | CASE NO. C24-0827-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice regarding Federal Rule of Civil Procedure ("FRCP") 26(a)(1) governing initial disclosures (Dkt. No. 9) and Defendant's response (Dkt. No. 11), as well as the parties' amended joint status report (Dkt. No. 12). Consistent with the parties' stipulation(s), the Court establishes the following briefing schedule for Rule 52 cross-motions:

- Cross-motion deadline: **November 22, 2024**.
- Opposition briefs due: **December 20, 2024**.
- Reply briefs due: **January 10, 2025.**

MINUTE ORDER
C24-0827-JCC
PAGE - 1

1 | The parties shall note their cross-motions for a decision as of January 10, 2025.[1]

2 |     It is so ORDERED this 4th day of September 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk

---

[1] If the Court concludes that oral argument is warranted, it will provide separate notice of that hearing.

MINUTE ORDER  
C24-0827-JCC  
PAGE - 2